IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: AMENDMENT 821 TO | ) | |
| SENTENCING GUIDELINES MANUAL | ) | MISC. NO. 2:23-cm-4048-ECM |
| (Nov. 1, 2023) | ) | |

**STANDING ORDER**

    Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1) and (c), the Court hereby appoints the Federal Defender for the Middle District of Alabama to represent any defendant previously determined to be entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may qualify to seek a reduction of sentence, and to present any motions or applications for reduction of sentence in accordance with Amendment 821 to the United States Sentencing Commission's Guidelines Manual ("Guidelines Manual").

    The Court authorizes the United States Probation Office for the Middle District of Alabama and the United States District Court Clerk's Office for the Middle District of Alabama to disclose Presentence Investigation Reports, Judgments in a Criminal Case, and Statements of Reasons to the Federal Defender for the Middle District of Alabama for the purpose of determining eligibility for relief, and for determining whether a conflict of interest precludes the Federal Defender from representing a client. In accordance with the Federal Bureau of Prisons policy, no Presentence Investigation Reports or Statements of Reasons will be provided to inmates.

    The Court shall also promptly notify the Federal Defender of all pending and newly-filed *pro se* motions seeking relief under Amendment 821 to the Guidelines Manual.

    For purposes of determining whether to file, or filing, a motion on behalf of any defendant in a closed criminal case seeking relief under Amendment 821 to the Guidelines Manual for reduction of sentence, the Court authorizes the U.S. Probation Office and the Clerk of the Court without further order to provide the Federal Defender any records from the court file, including the Presentence Investigation Report, Statement of Reasons, criminal history records, and any sealed documents, with the exception that this order does not authorize disclosure of the sentencing recommendation.

    If the sentencing judge in the original proceeding is no longer an active member of the Bench of this District and so desires, the Clerk of the Court will reassign the case on a random basis.

DONE this 3rd day of November, 2023.

                          /s/ Emily C. Marks
                      EMILY C. MARKS
                      CHIEF UNITED STATES DISTRICT JUDGE